AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

United States of America
*Plaintiff*
v.                                         Civil Action No.    3:12-3449-MBS

$20,377  in United States Currency
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the sum of Ten Thousand, One Hundred Eighty-Eight and 50/100 ($10,188.50) dollars in United States Currency is hereby forfeited to the United States and all other claims to the defendant currency are forever foreclosed and barred.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge presiding.  The court having entered a consent order of forfeiture.

Date:   February 25, 2013                                    *CLERK OF COURT*

                                                                                    s/Angie Snipes
                                                                    *Signature of Clerk or Deputy Clerk*